UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEAH J. DIPIPPO-BRADLEY,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT INC.
and ASSET ACCEPTANCE LLC,

    Defendants.
_____/

Case No. 2:24-cv-11408

Honorable Susan K. DeClercq
United States District Judge

## ORDER DISMISSING CASE

Having reviewed Plaintiff's notice of voluntary dismissal with prejudice of all her claims, ECF No. 8, and Civil Rule 41(a):

It is **ORDERED** that Plaintiff's Notice of Voluntary Dismissal, ECF No. 8, is **GRANTED**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

**This is a final order and closes the above-captioned case**.

                                              */s/Susan K. DeClercq*
                                              SUSAN K. DeCLERCQ
                                              United States District Judge

Dated: 7/26/2024